UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RACHAEL DENHOLLANDER, et al.,

      Plaintiffs,                                      HON. GORDON J. QUIST

v.                                                    Lead Case No. 1:17-CV-29

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/

## ORDER

On November 25, 2020, this District Court administratively closed the lead case and member cases because the remaining claims against the non-MSU Defendants were stayed pursuant to the orders of the bankruptcy court. (ECF No. 1524.) This Court instructed the parties to "move to reopen the cases when the bankruptcy proceedings [were] terminated, the stay orders [were] lifted, or any other reason that would allow this Court to resume these proceedings." (*Id.* at PageID.37433-37434.) On June 7, 2022, stipulations to dismiss the claims against Defendant USA Gymnastics Inc. were filed in three of the member cases. (ECF No. 1233 in Member Case No. 1:18-cv-758; ECF No. 1200 in Member Case No. 1:18-cv-887; ECF No. 1145 in Member Case No. 1:18-cv-1013.)

**IT IS HEREBY ORDERED** that the parties shall file a joint status report by **July 8, 2022**, addressing the following issues:

1. The status of the bankruptcy proceedings and whether the cases should be administratively reopened.

2. Whether the parties jointly agree to the dismissal of the claims against USA Gymnastics Inc., Twistars USA, Inc., the Gedderts, and the United States Olympic Committee or any other non-MSU Defendant. If yes, the parties shall file one stipulation to that effect in the lead case. If not, the parties shall provide additional information.

3. Whether Plaintiffs agree to the dismissal of the claims against Lawrence Gerard Nassar. If yes, Plaintiffs shall jointly file one notice of voluntary dismissal in the lead case. If not, Plaintiffs shall address—either jointly or individually—how they intend to proceed on the claims against Nassar.

4. Any other issue that the Court should be aware of.

Dated: June 8, 2022                                     /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE